# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Rodney Hunt-Fontaine, Inc. | )　ASBCA No. 59943 |
| | ) |
| Under Contract No. W91237-14-C-0006 | ) |

APPEARANCE FOR THE APPELLANT:

Erin L. Toomey, Esq.
 Foley & Lardner LLP
 Detroit, MI

APPEARANCES FOR THE GOVERNMENT:

Thomas H. Gourlay, Jr., Esq.
 Engineer Chief Trial Attorney
Willie J. Williams, Esq.
Bradley J. Stark, Esq.
 Engineer Trial Attorneys
 U.S. Army Engineer District, Huntington

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 11 May 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59943, Appeal of Rodney Hunt-Fontaine, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals